# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:02-mc-00145

WHITLOW v. DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVIC
Assigned to: HONORABLE STEWART DALZELL
Referred to:
Demand: $
Lead Docket: None
Related Cases: None
Case in other court: None
Cause: Petition for Review

Date Filed: 05/29/02
Jury Demand: None
Nature of Suit: 111 Miscellaneous
Jurisdiction: Local Question

**Appellant**
-----------------------

MICHAEL T. WHITLOW                  represented by   MICHAEL T. WHITLOW
                                                     118 EAST LINCOLN HIGHWAY
                                                     COATESVILLE, PA 19320
                                                     610-380-1100
                                                     *LEAD ATTORNEY*

V.

**Appellee**
-----------------------

DEPARTMENT OF THE
TREASURY INTERNAL REVENUE
SERVICE

| Filing Date | # | Docket Text |
| --- | --- | --- |
| 05/29/2002 | 1 | PETITION for Judicial Review by MICHAEL T. WHITLOW. (np) (Entered: 05/30/2002) |
| 05/29/2002 |  | Filing fee: $ 30.00, receipt number 792075. (np) (Entered: 05/30/2002) |

GOVERNMENT'S EXHIBIT
4

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 02/05/2004 09:51:02 ||||
| **PACER Login:** | dj0042 | **Client Code:** | |
| **Description:** | Docket Report | **Case Number:** | 2:02-mc-00145 |
| **Billable Pages:** | 1 | **Cost:** | 0.07 |