**CERTIFICATE OF SERVICE**

    IT IS HEREBY CERTIFIED that service of the DEFENDANT'S MOTION TO DISMISS, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS, and proposed Order have on this 19th day of February, 2004, been placed in the United States mail postage prepaid, and properly served upon the following:

        Michael T. Whitlow
        118 East Lincoln Highway
        Coatesville, PA 19320

        /s/ Beatriz T. Saiz
        BEATRIZ T. SAIZ