IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL T. WHITLOW,<br>      Plaintiff, | )<br>)<br>) CIVIL ACTION NO. 02-MC-145 |
| v. | )<br>) |
| DEPARTMENT OF TREASURY<br>INTERNAL REVENUE SERVICE,<br>      Defendant. | )<br>)<br>) |

ORDER

Upon consideration of the Defendant's Motion to Dismiss, Memorandum of Points and Authorities in support thereof, and any opposition thereto, the Court has determined that the motion should be granted.  Accordingly, it is this _____ day of _____, 2004,

ORDERED that the Defendant's Motion to Dismiss shall be and hereby is GRANTED, and

It is further ORDERED that the plaintiff's complaint is hereby DISMISSED without prejudice.

IT IS SO ORDERED.

Dated:

_____
UNITED STATES DISTRICT JUDGE